NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**CANATEX COMPLETION SOLUTIONS, INC.,**
*Plaintiff-Appellant*

**v.**

**WELLMATICS, LLC, GR ENERGY SERVICES, LLC, GR ENERGY SERVICES MANAGEMENT, LP, GR ENERGY SERVICES OPERATING GP, LLC, GR WIRELINE, L.P.,**
*Defendants-Appellees*

---

2024-1464

---

Appeal from the United States District Court for the Southern District of Texas in No. 4:22-cv-03306, Judge Alfred H. Bennett.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of appellant's motion to voluntarily dismiss this appeal pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure and the parties' joint response to the court's February 27, 2024 order,

2    CANATEX COMPLETION SOLUTIONS, INC. v. WELLMATICS, LLC

IT IS ORDERED THAT:

(1)  The motion is granted.  The appeal is dismissed.

(2)  Each side shall bear its own costs.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

March 6, 2024
Date

ISSUED AS A MANDATE:  March 6, 2024